DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 247P13 | State v. Michael Hamilton Threadgill | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1293) | 1. Denied |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| 249P13 | Diana Victoria Arbona v. Hank Larry Williams and Alexander Joseph Perakis | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1048) | Denied |
| 250P11-2 | State v. Larry Dean Lowry | Def's *Pro Se* Motion to Vacate Sentence or to Allow a Time Reduction | Dismissed<br><br>**Jackson, J., Recused** |
| 251P13 | George T. Powell, Jr. v. Prodev X, LLC v. George R. Brown, Penny R. Powers and Robert E. Rousseau, and Shafic Andraos, Intervenors | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Forsyth County (COA13-421 and COAP12-106)<br><br>2. Plt's *Pro Se* Motion for NOA | 1. Denied<br><br><br><br>2. Dismissed *Ex Mero Motu* |
| 254P13 | State v. Michael Antoine McLaurin | Def's PDR Under N.C.G.S. § 7A-31 (COA12-980) | Denied |
| 255P13 | State v. James Samuel Hill, Jr. | 1. Def's *Pro Se* Motion for Appeal (COA12-1502)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31. | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 256P13 | State v. Jeffry Allen Thomas | Def's PDR Under N.C.G.S. § 7A-31 (COA12-979) | Denied |
| 257P13 | Kerry Bigelow and Clyde Clark v. Town of Chapel Hill; Roger Stancil, in his official capacity as Manager of the Town of Chapel Hill and in his personal capacity, insofar as he was operating outside of his job description | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-1105)<br><br>2. Defs' Motion for Temporary Stay<br><br><br><br>3. Defs' Petition for *Writ of Supersedeas* | 1. Denied<br><br>2. Allowed **06/26/13** Dissolved the Stay **08/27/13**<br><br>3. Denied |
| 258P13 | State v. Michael Dennis Long | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-361)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Dismissed as Moot<br><br>**Jackson, J., Recused** |